KUYAT V USSA INSURANCE
C0705691 pvt

| *Order setting inital cmc | **RETURN OF SERVICE** |
|---|---|
| and order deadlines, Local Rules, CCS* | DATE |
| Service of the Summons and Complaint was made by me[1] | 12/5/07; 3:15 PM |
| Name of SERVER (PRINT) | TITLE |
| JOEL BRET SPENCER, COUNTY PROCESS SERVICE | REG. PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:
USAA INSURANCE AGENCY, INC. DBA USAA INSURANCE AGENCY, INC. OF TEXAS, ATTN: RICHARD FOX, BY SERVING SHARON REEVES, AUTH. TO ACCEPT; 2241 HARVARD STREET, SAC., CA 95815

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and ..... discretion then residing therein.
Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $72.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/13/07
                   Date

JOEL BRET SPENCER
SANTA CLARA COUNTY #1141

Signature of Server
31 EAST JULIAN STREET
SAN JOSE, CA 95112

Address of Server

COUNTY PROCESS SERVICE, INC.
31 East Julian Street
San Jose, CA 95112
(408) 297-6070

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.