ENRIQUE MARINEZ (SBN 160956)
EMARINEZ@RMKB.COM
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
USAA INSURANCE AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BREE KUYAT and MICAH KUYAT,<br><br>Plaintiffs,<br><br>v.<br><br>USAA INSURANCE AGENCY, INC. dba USAA INSURANCE AGENCY INC. OF TEXAS,<br><br>Defendant. | CASE NO. C07 05691 PVT<br><br>**DEFENDANT USAA INSURANCE AGENCY'S ANSWER TO PLAINTIFFS' COMPLAINT FOR RELIEF** |

Defendant USAA INSURANCE AGENCY ("USAA"), a Texas corporation, in answer to the Complaint of Plaintiffs BREE AND MICAH KUYAT (collectively the "Kuyats") on file herein, and to each and every cause of action contained therein, admits, denies, and alleges as follows:

1. Answering the allegations contained in Paragraph 1, this answering Defendant admits that Plaintiffs Bree and Micah Kuyat seek injunctive, declaratory, and monetary relief. As to the remaining allegations in the paragraph, this answering Defendant denies the allegations contained therein.

2. Answering the allegations contained in Paragraph 2, this answering Defendant admits jurisdiction exists in this Court pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction

1. also exists under § 1367.

3. Answering the allegations contained in Paragraph 3, this answering Defendant admits the allegations contained therein.

4. Answering the allegations contained in Paragraph 4, this answering Defendant admits the allegations contained therein.

5. Answering the allegations contained in Paragraph 5, this answering Defendant admits the allegations contained therein.

6. Answering the allegations contained in Paragraph 6, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

7. Answering the allegations contained in Paragraph 7, this answering Defendant admits the allegations contained therein.

8. Answering the allegations contained in Paragraph 8, this answering Defendant denies the allegations contained therein. USAA denies that the allegations contained in the aforesaid paragraphs accurately or completely describe the members to which Defendant was engaged in the business of providing insurance.

9. Answering the allegations contained in Paragraph 9, this answering Defendant admits that Health and Safety Code § 1597 et al. applies to operators of family day care homes as more fully set forth therein.

10. Answering the allegations contained in Paragraph 10, this answering Defendant admits that Health and Safety Code § 1597.40 provides as set forth in Paragraph 10.

11. Answering the allegations contained in Paragraph 11, this answering Defendant admits that Insurance Code § 676.1 provides as set forth in Paragraph 11, but denies the characterization of Paragraph 11.

12. Answering the allegations contained in Paragraph 12, this answering Defendant denies the allegations contained therein.

13. Answering the allegations contained in Paragraph 13, this answering Defendant denies the allegations contained therein.

14. Answering the allegations contained in Paragraph 14, this answering Defendant denies the allegations contained therein.

15. Answering the allegations contained in Paragraph 15, this answering Defendant denies the allegations contained therein.

16. Answering the allegations contained in Paragraph 16, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

17. Answering the allegations contained in Paragraph 17, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

18. Answering the allegations contained in Paragraph 18, this answering Defendant denies the allegations contained therein.

19. Answering the allegations contained in Paragraph 19, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

20. Answering the allegations contained in Paragraph 20, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

21. Answering the allegations contained in Paragraph 21, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

22. Answering the allegations contained in Paragraph 22, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

23. Answering the allegations contained in Paragraph 23, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

24. Answering the allegations contained in Paragraph 24, this answering Defendant

lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

  25. Answering the allegations contained in Paragraph 25, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

  26. Answering the allegations contained in Paragraph 26, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

  27. Answering the allegations contained in Paragraph 27, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

  28. Answering the allegations contained in Paragraph 28, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

  29. Answering the allegations contained in Paragraph 29, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

  30. Answering the allegations contained in Paragraph 30, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

  31. Answering the allegations contained in Paragraph 31, this answering Defendant denies the allegations contained therein.

  32. Answering the allegations contained in Paragraph 32, this answering Defendant denies the allegations contained therein.

  33. Answering the allegations contained in Paragraph 33, this answering Defendant lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies the allegations contained therein.

  34. Answering the allegations contained in Paragraph 34, this answering Defendant

1  denies the allegations contained therein.

2  35. Answering the allegations contained in Paragraph 35, this answering Defendant
3  denies the allegations contained therein.

4  36. Answering the allegations contained in Paragraph 36, this answering Defendant
5  denies the allegations contained therein.

6  37. Answering the allegations contained in Paragraph 37, this answering Defendant
7  denies the allegations contained therein.

8  38. Answering the allegations contained in Paragraph 38, this answering Defendant
9  denies the allegations contained therein.

10  39. Answering the allegations contained in Paragraph 39, this answering Defendant
11  denies the allegations contained therein.

12  40. Answering the allegations contained in Paragraph 40, this answering Defendant
13  denies the allegations contained therein.

14  41. Answering the allegations contained in Paragraph 41, this answering Defendant
15  denies the allegations contained therein.

16  42. Answering the allegations contained in Paragraph 42, this answering Defendant
17  denies the allegations contained therein.

18  43. Answering the allegations contained in Paragraph 43, this answering Defendant
19  denies the allegations contained therein.

20  44. Answering the allegations contained in Paragraph 44, this answering Defendant
21  lacks information and belief sufficient to admit or deny the allegations, and on that basis, denies
22  the allegations contained therein.

23  45. Answering the allegations contained in Paragraph 45, this answering Defendant
24  denies the allegations contained therein.

25  46. Answering the allegations contained in Paragraph 46, this answering Defendant
26  denies the allegations contained therein.

27  47. Answering the allegations contained in Paragraph 47, this answering Defendant
28  denies the allegations contained therein.

48. Answering the allegations contained in Paragraph 48, this answering Defendant denies the allegations contained therein.

49. Answering the allegations contained in Paragraph 49, this answering Defendant denies the allegations contained therein.

50. Answering the allegations contained in Paragraph 50, this answering Defendant denies the allegations contained therein.

51. Answering the allegations contained in Paragraph 51, this answering Defendant denies the allegations contained therein.

52. Answering the allegations contained in Paragraph 52, this answering Defendant denies the allegations contained therein.

53. Answering the allegations contained in Paragraph 53, this answering Defendant denies the allegations contained therein.

54. Answering the allegations contained in Paragraph 54, this answering Defendant denies the allegations contained therein5

55. Answering the allegations contained in Paragraph 55, this answering Defendant does not admit or deny any incorporation of paragraphs in the Complaint.

56. Answering the allegations contained in Paragraph 56, this answering Defendant denies the allegations contained therein.

57. Answering the allegations contained in Paragraph 57, this answering Defendant denies the allegations contained therein.

58. Answering the allegations contained in Paragraph 58, this answering Defendant does not admit or deny any incorporation of paragraphs in the Complaint.

59. Answering the allegations contained in Paragraph 59, this answering Defendant denies the allegations contained therein, including subparts A-B.

60. Answering the allegations contained in Paragraph 60, this answering Defendant denies the allegations contained therein.

61. Answering the allegations contained in Paragraph 61, this answering Defendant does not admit or deny any incorporation of paragraphs in the Complaint.

62. Answering the allegations contained in Paragraph 62, this answering Defendant denies the allegations contained therein.

63. Answering the allegations contained in Paragraph 63, this answering Defendant denies the allegations contained therein.

64. Answering the allegations contained in Paragraph 64, this answering Defendant denies the allegations contained therein.

65. Answering the allegations contained in Paragraph 65, this answering Defendant does not admit or deny any incorporation of paragraphs in the Complaint.

66. Answering the allegations contained in Paragraph 66, this answering Defendant denies the allegations contained therein.

67. Answering the allegations contained in Paragraph 67, this answering Defendant denies the allegations contained therein.

68. Answering the allegations contained in Paragraph 68, this answering Defendant denies the allegations contained therein. USAA denies that the allegations contained in the aforesaid paragraphs accurately describes California Health and Safety Code § 1597.40.

69. Answering the allegations contained in Paragraph 69, this answering Defendant denies the allegations contained therein. USAA denies that the allegations contained in the aforesaid paragraphs accurately describes California Insurance Code § 676.

70. Answering the allegations contained in Paragraph 70, this answering Defendant denies the allegations contained therein. USAA denies that the allegations contained in the aforesaid paragraphs accurately describes California Insurance Code § 676.1.

71. Answering the allegations contained in Paragraph 71, this answering Defendant denies the allegations contained therein.

72. Answering the allegations contained in Paragraph 72, this answering Defendant denies the allegations contained therein.

73. Answering the allegations contained in the Kuyats' prayer for relief, USAA expressly denies that it is legally obligated to pay any damages to Plaintiffs or that it engaged in any conduct justifying an award of compensatory or punitive damages under California law.

## AFFIRMATIVE DEFENSES

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges the COMPLAINT fails to state facts sufficient to constitute a claim upon which relief may be granted.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges that Plaintiffs' claims and each of them are barred by the Doctrine of Unclean Hands.

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges that Plaintiffs have failed to exhaust their administrative remedies.

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges that Plaintiffs have failed to provide proper and adequate notice of or provide an opportunity to participate in an administrative proceeding before a governmental commission.

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges that Plaintiffs' claims and each of them are barred by the Doctrine of Laches.

AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges that Plaintiffs' claims and each of them are barred by the Doctrine of Estoppel.

AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges that at all times mentioned in the COMPLAINT herein,


1. Plaintiffs failed to mitigate their damages or the amount thereof. Said damages claimed by Plaintiffs could have been mitigated by due diligence on their part or by anyone acting under similar circumstances. Plaintiffs' failure to mitigate is a bar to recovery under the COMPLAINT.

AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges that Plaintiffs do not have the proper standing and are not the proper Defendants in this action.

AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges that the injuries alleged to have been sustained by Plaintiffs were either wholly or in part negligently caused by persons, corporations or entities other than USAA and that said negligence is either imputed to Plaintiffs by reason of the relationship of said parties to Plaintiffs and/or negligence comparatively reduces the damages, if any, awarded against USAA.

AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges that the COMPLAINT to the extent it seeks punitive and exemplary damages pursuant to Section 3294 of the Civil Code of State of California violates defendants' right to procedural due process under the Fourteenth Amendment of the United States Constitution and the Constitution of the State of California, and therefore fails to state a cause of action on which punitive and exemplary damages can be awarded.

AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, USAA alleges that Plaintiffs' COMPLAINT, to the extent it seeks punitive or exemplary damages pursuant to section 3294 of the Civil Code of the State of California violates defendants' rights to protection from "excessive fines" as provided in the Eighth Amendment of the United States Constitution and Article I, section 17 of the Constitution of the State of California, and violates defendants' rights to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution and the constitution of

1  the State of California and, therefore, fails to state a cause of action supporting the punitive or
2  exemplary damage claim.
3      AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE
4  COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION
5  CONTAINED THEREIN, USAA alleges that Plaintiffs' claims are barred by Ins. Code 676.1.
6      AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE
7  COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION
8  CONTAINED THEREIN, USAA alleges that its business practices fall under the business
9  necessity exception pursuant to Govt. Code § 12955.8(b).
10     AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE
11 COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION
12 CONTAINED THEREIN, USAA alleges that Plaintiffs' claims are barred as a result of Plaintiffs
13 having no privity of contract.
14     AS A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE
15 COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION
16 CONTAINED THEREIN, USAA alleges that at all times and places mentioned, Defendant acted
17 without malice and with a good faith belief in the propriety of its conduct.
18     AS A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE
19 COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION
20 CONTAINED THEREIN, USAA alleges that at all times and places mentioned, USAA exercised
21 reasonable care to prevent discriminatory acts or conduct towards Plaintiffs.
22     WHEREFORE, this answering Defendant prays for judgment as follows;
23     1.    That Plaintiffs take nothing by their Complaint;
24     2.    For costs of suit incurred herein; and
25     3.    For such other and further relief as this Court deems proper.
26 ///
27 ///
28 ///

| | |
|---|---|
| Dated: January 9, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Enrique Marinez |
| | ENRIQUE MARINEZ |
| | Attorneys for Defendant |
| | USAA INSURANCE AGENCY |