1  ENRIQUE MARINEZ (SBN 160956)
   EMARINEZ@RMKB.COM
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone: (650) 364-8200
4  Facsimile: (650) 780-1701

5  Attorneys for Defendant
   USAA INSURANCE AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BREE KUYAT and MICAH KUYAT, | CASE NO. C07 05691 PVT |
| Plaintiffs, | **USAA INSURANCE AGENCY'S DEMAND FOR JURY TRIAL** |
| v. | |
| USAA INSURANCE AGENCY, INC. dba USAA INSURANCE AGENCY INC. OF TEXAS, | |
| Defendant. | |

Defendant USAA INSURANCE AGENCY hereby demands a trial by jury.

Dated: January 9, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Enrique Marinez
ENRIQUE MARINEZ
Attorneys for Defendant
USAA INSURANCE AGENCY

RC1/5049051.1/MH3

USAA'S DEMAND FOR A JURY TRIAL
C07 05691 PVT