ENRIQUE MARINEZ (SBN 160956)
EMARINEZ@RMKB.COM
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
USAA INSURANCE AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BREE KUYAT and MICAH KUYAT, | CASE NO. C07 05691 PVT |
| Plaintiffs, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| USAA INSURANCE AGENCY, INC. dba USAA INSURANCE AGENCY INC. OF TEXAS, | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have Hon. Patricia V. Trumbull, United States Magistrate Judge, conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 9, 2008

_____
ENRIQUE MARINEZ
Counsel for Defendant
USAA Insurance Agency