1  ENRIQUE MARINEZ (SBN 160956)
   EMARINEZ@RMKB.COM
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063
   Telephone:  (650) 364-8200
4  Facsimile:  (650) 780-1701

5  Attorneys for Defendant
   USAA INSURANCE AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BREE KUYAT and MICAH KUYAT, | CASE NO. C07 05691 PVT |
|---|---|
| Plaintiffs, | USAA INSURANCE AGENCY'S CERTIFICATION OF INTERESTED PARTIES |
| v. | |
| USAA INSURANCE AGENCY, INC. dba USAA INSURANCE AGENCY INC. OF TEXAS, | |
| Defendant. | |

The undersigned, counsel of record for Defendant USAA INSURANCE AGENCY identifies the following listed parties as possibly having a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| 1. Bree and Micah Kuyat | Plaintiffs |
|---|---|
| 2. USAA Insurance Agency | Defendant |
| 3. Craig and Cathleen Parshall | Landlords of Plaintiffs during the relevant time period |
| 4. Project Sentinel | 3rd party Organization hired to investigate the claims |

1  Dated: January 9, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

3                                            By: /s/ Enrique Marinez
                                             ENRIQUE MARINEZ
4                                            Attorneys for Defendant
                                             USAA INSURANCE AGENCY