ENRIQUE MARINEZ (SBN 160956)
EMARINEZ@RMKB.COM
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
USAA INSURANCE AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BREE KUYAT and MICAH KUYAT, | CASE NO. C07 05691 PVT |
| Plaintiffs, | **RULE 7.1 STATEMENT** |
| v. | |
| USAA INSURANCE AGENCY, INC. dba USAA INSURANCE AGENCY INC. OF TEXAS, | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant USAA INSURANCE AGENCY (a non-governmental corporate party) identifies the following parent corporation: United Services Automobile Association.

Dated: January 9, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Enrique Marinez
ENRIQUE MARINEZ
Attorneys for Defendant
USAA INSURANCE AGENCY

RC1/5049079.1/MH3

RULE 7.1 STATEMENT  C07 05691 PVT