```
 1   ENRIQUE MARINEZ (SBN 160956)
     emarinez@rmkb.com
 2   ROPERS, MAJESKI, KOHN & BENTLEY
     1001 Marshall Street, Suite 300
 3   Redwood City, CA 94063
     Telephone:  (650) 364-8200
 4   Facsimile:  (650) 780-1701

 5   Attorneys for Defendant
     USAA INSURANCE AGENCY, INC.
 6
     KIM PEDERSON (SBN 234785)
 7   kimp@lawfoundation.org
     FAIR HOUSING LAW PROJECT
 8   111 W. St. John Street, Suite 315
     San Jose, CA 95113
 9   Telephone:  (408) 280-2467
     Facsimile:  (408) 293-0106
10
     Attorneys for Plaintiffs
11   BREE KUYAT and MICAH KUYAT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BREE KUYAT and MICAH KUYAT,<br><br>              Plaintiffs,<br><br>v.<br><br>USAA INSURANCE AGENCY, INC. dba USAA INSURANCE AGENCY INC. OF TEXAS,<br><br>              Defendant. | CASE NO.  C07 05691 PVT<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER (Civil Local Rule 16-9)**<br><br>Date:    February 26, 2008<br>Time:   2:00 p.m.<br>Ctrm:    5<br>Judge:  Hon. Magistrate Judge<br>            Patricia V. Trumbull |

Plaintiffs BREE and MICAH KUYAT (collectively "Plaintiffs") and Defendant USAA INSURANCE AGENCY, INC. hereby respectfully submit their Joint Case Management Statement pursuant to Civil Local Rule 16-9.

**1.**     Jurisdiction and Service

The Court has jurisdiction of this action under 28 U.S.C. § 1331.  USAA INSURANCE AGENCY, INC, the sole defendant, has been served, and has filed an Answer.

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

**2.**  Facts

Plaintiffs allege they were renters of a home located at 18297 Shadowbrook Way in Morgan Hill, Ca. (hereinafter "Shadowbrook rental property"), owned by Craig and Cathleen Parshall (the "Parshalls").  The Parshalls obtained a fire policy for the Shadowbrook rental property issued by USAA Casualty Insurance Company.  The Plaintiffs were not insured by any USAA entity and have not applied for insurance from any USAA entity.  Instead, the Plaintiffs were insured through their own insurance company, State Farm Insurance Company.  Upon request of the Parshalls, the Plaintiffs contacted State Farm and added the Parshalls as additional insureds to the State Farm policy.

In the Spring of 2006, the Plaintiffs began the process of becoming licensed to operate an in-home day care from the Shadowbrook rental property.  Plaintiffs allege that USAA Insurance Agency, Inc. advised the Parshalls that it would discontinue the fire policy for the Shadowbrook rental property if home day care operations were conducted on the premises.  Plaintiffs also allege that they moved out of the Shadowbrook rental property as a direct result of USAA Insurance Agency, Inc.'s alleged advisement.  Plaintiffs allege that USAA Insurance Agency, Inc. discriminated against them based on their gender, source of income, and familial status by threatening to discontinue the fire policy coverage for the Shadowbrook rental property. Plaintiffs have alleged violations of the Fair Housing Amendments Act, the California Fair Employment and Housing Act, the California Unruh Civil Rights Act, and the California Unfair Business Practices Act.

**3.**  Legal Issues

- Whether the Fair Housing Amendments Act extends to the business of insurance;
- Whether USAA Insurance Agency, Inc. violated the Fair Housing Amendments Act, 42 U.S.C. section 3601, et seq.;
- Whether USAA Insurance Agency, Inc. violated the California Fair Employment and Housing Act, California Government Code Section 12955;
- Whether USAA Insurance Agency, Inc. violated the California Unruh Civil

Rights Act, Civil Code Section 51; and

- Whether USAA Insurance Agency, Inc. violated the California Unfair Business Practices Act, Bus. & Prof. Code Section 17200.

**4.   Motions**

There are no prior or pending motions. The parties anticipate that there will be motions for summary judgment and/or partial summary judgment.

**5.   Amendment of the Pleadings**

Though at this time amendments are not contemplated, the parties reserve the right to amend their pleadings through the procedures outlined by FRCP 15.

**6.   Evidence Preservation**

The parties have been instructed by counsel to preserve evidence relevant to the issues reasonably evident in the action.

**7.   Disclosures**

In compliance with the initial disclosure requirements of Fed. R. Civ. P. 26, the parties have agreed to exchange initial disclosures on February 19, 2008.

**8.   Discovery**

No discovery has been completed to date. The parties do not anticipate the need to propose limitations or modifications of the discovery rules except as follows: the parties have agreed to expand the limits set forth in Fed. R. Civ. P. 33 to allow 35 interrogatories for each party.

The parties have further agreed that as a cost cutting measure, the parties will not conduct any party depositions until after they have complied with the ADR session as set forth in Judge Trumbull's Order Selecting ADR Process, dated February 4, 2008 (Document No. 14.).

**9.   Class Actions**

Not applicable.

**10.   Related Cases**

None.

///

**11.** Relief

Plaintiffs seek compensatory, restitutionary and punitive damages, as well as declaratory and injunctive relief.

USAA Insurance Agency, Inc. disputes that Plaintiffs are entitled to any relief and that USAA Insurance Agency, Inc. has engaged in the alleged unlawful conduct alleged in Plaintiffs' complaint.

**12.** Settlement and ADR

The parties have filed a Stipulation and Proposed Order Selecting an ADR process. The parties have previously agreed to participate in mediation through the Northern District mediation program. (ADR L.R. 6). Judge Trumbull has issued an Order Selecting ADR Process, dated February 4, 2008 (Document No. 14), with the parties to participate in the ADR session within 90 days from the date of the order. Subsequent to Judge Trumbull's order, the parties have agreed to participate in mediation through the private mediation services provided by JAMS. The parties request Judge Trumbull amend the February 4, 2008 Order Selecting ADR Process to reflect private mediation.

**13.** Consent to Magistrate Judge for All Purposes

Both parties consent to a Magistrate Judge for all purposes.

**14.** Other References

None at this time.

**15.** Narrowing of Issues

At this time, the parties have not agreed upon particular methods to expedite the presentation of evidence at trial, although as discovery progresses, the parties will consider any stipulations to streamline the presentation of evidence at trial.

**16.** Expedited Schedule

The parties do not believe that this is the type of case amenable to expedited scheduling with streamlined procedures.

**17.** Scheduling

The parties respectfully propose the following schedule:

    **(a)**    Non expert discovery to close on October 31, 2008.

    **(b)**    Expert disclosure, including expert reports and all material required under Fed. R. Civ. P 26(a)(2), to be exchanged by November 14, 2008.

    **(b)**    Expert Rebuttal Reports to be exchanged by December 15, 2008.

    **(c)**    Expert discovery to close on January 16, 2009.

    **(d)**    Dispositive motions to be filed on or before January 16, 2009.

    **(e)**    Pre-Trial Conference to be held in February, 2009, at the Court's convenience.

    **(f)**    Trial to be held in March, 2009.

**18.**    <u>Trial</u>

The parties have requested a jury trial, which they estimate will take approximately 7 court days.

**19.**    <u>Disclosure of Non-Party Interested Entities or Persons</u>

Certification has been provided by separate document. (Document No. 7).

**20.**    <u>Other Matters</u>

The parties anticipate that some of the documents produced will be confidential. Thus, the parties are in the process of negotiation a stipulated protective order to be presented for the court's approval.

USAA Insurance Agency, Inc. has advised Plaintiffs' counsel that the Plaintiffs have sued the wrong entity and, therefore, this action should be dismissed against USAA Insurance Agency, Inc. Plaintiffs are in the process of evaluating the merits of USAA Insurance Agency's request to dismiss the action.

Dated: February 19, 2008        FAIR HOUSING LAW PROJECT

By: /s/ Kimberly Pederson
KIMBERLY PEDERSON
Attorneys for Plaintiffs
BREE and MICAH KUYAT

| | |
|---|---|
| Dated: February 19, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | |
| | By: /s/ Enrique Marinez |
| | ENRIQUE MARINEZ |
| | Attorneys for Defendant |
| | USAA INSURANCE AGENCY, INC. |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

**[PROPOSED] ORDER**

The Joint Case Management Statement and Proposed Order is hereby adopted by the Court as a Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the Court orders as follows:

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE