UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 2/26/08

COURT REPORTER: FTR                Clerk: Corinne Lew

Case No: C 07-5691 PVT             Case Title: BREE KUYAT, ET AL., vs. USAA INSURANCE AGENCY, ET AL.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Kim Pederson | Enrique Marinez |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial        [ ] Status      [ ] Discovery
                        [ ] Settlement     [ ] Final       [ ] Motion
                        [ ] Other          [X] Case Mangement Conference

| Pltf. | Deft. | **MOTIONS** | |
|---|---|---|---|
| [ ] | [ ] | 1. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

## DISPOSITION

[ ] Granted              [ ] Submitted           [ ] Settled

[ ] Denied               [ ] Briefs to be filed  [ ] Not Settled

[ ] Granted in part, denied in part              [ ] Off Calendar

Briefing Schedule:   Opening                Answer
                     Reply

[X] Case Management Conference Continued to 4/22/08 at 2:00 p.m.

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant      [X] Court      [ ] Court w/opinion