1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BREE KUYAT and MICAH KUYAT, | ) | Case No.: C 07-05691 PVT |
| | ) | |
| Plaintiffs, | ) | **ORDER CONTINUING CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| USAA INSURANCE AGENCY, INC. | ) | |
| dba USAA INSURANCE AGENCY, | ) | |
| INC. OF TEXAS, | ) | |
| | ) | |
| Defendants. | ) | |

_____

On February 26, 2008, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the parties are excused from participating in the ADR process as the parties have agreed to participate in private mediation through JAMS;

IT IS FURTHER ORDERED that the Case Management Conference be continued to April 22, 2008 at 2:00 p.m.

Dated: *February 28, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28