**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

BREE KUYAT,                                        C 07-05691 PVT

        *Plaintiff(s),*

                                  **CLERK'S NOTICE RESCHEDULING**
                                  **CASE MANAGEMENT CONFERENCE**

*vs.*

USAA INSURANCE AGENCY,

        *Defendant(s).*

_____

     Please take notice that the Case Management Conference previously scheduled  for April 22, 2008 has been rescheduled for **June 3, 2008 at 2:00 p.m.**  before Magistrate Patricia V. Trumbull.   Parties are to appear  in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

                                  /s/ Corinne Lew

Dated: April 18, 2008                    _____
                                  Corinne Lew
                                  DEPUTY CLERK