KYRA KAZANTZIS, Bar No. 154612, kyrak@lawfoundation.org
JAMES ZAHRADKA, Bar No. 196822, jamesz@lawfoundation.org
**PUBLIC INTEREST LAW FIRM**
KIM PEDERSON, Bar No. 234785, kimp@lawfoundation.org
**FAIR HOUSING LAW PROJECT**
111 West St. John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2412
Fax: (408) 293-0106

Attorneys for Plaintiffs Bree and Micah Kuyat

ENRIQUE MARINEZ, Bar No. 160956, emarinez@rkmb.com
**ROPERS, MAJESKI, KOHN AND BENTLEY**
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile:  (650) 781-1701

Attorneys for Defendant USAA Insurance Agency, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BREE KUYAT and MICAH KUYAT<br>      Plaintiffs,<br><br>      v.<br><br>USAA INSURANCE AGENCY, INC. dba<br>USAA INSURANCE AGENCY INC. OF<br>TEXAS<br><br>      Defendant. | Case No. C07-05691 PVT<br><br>**JOINT CASE MANAGEMENT<br>STATEMENT<br>(Civ. L.R. 16-9)**<br><br>Date:  June 3, 2008<br>Time: 2:00 PM<br>Courtroom: 5, Hon. Patricia V. Trumbull |

        Plaintiffs BREE and MICAH KUYAT and Defendant USAA INSURANCE AGENCY,

INC. hereby respectfully submit their Joint Case Management Statement pursuant to Civ. L.R.

16-9.

**SUMMARY OF RECENT EVENTS**

    1.  Plaintiffs filed this action against USAA Insurance Agency, Inc. on November 8, 2007.

    2.  Defendant USAA Insurance Agency, Inc. filed its Answer on January 9, 2008.

3.  On or around February 19, 2008, counsel for defendant USAA Insurance Agency, Inc. notified plaintiffs' counsel that USAA Insurance Agency, Inc. did not write the insurance policy at issue in the litigation and was therefore not the proper defendant.  Counsel for defendant USAA Insurance Agency, Inc. stated that USAA Casualty Insurance Company wrote the policy at issue and was therefore the proper defendant.

4.  Counsel for plaintiffs and defendant USAA Insurance Agency, Inc. agreed that plaintiffs would amend their complaint to substitute USAA Casualty Insurance Company as the proper defendant.

5.  Counsel for plaintiffs and defendant USAA Insurance Agency, Inc. appeared at a Case Management Conference on February 26, 2008 and informed this Court of their intent to stipulate to allow plaintiffs to file a First Amended Complaint in order to substitute USAA Casualty Insurance Company as the proper defendant.  At that time, the Court continued the Case Management Conference until April 22, 2008.

6.  On April 18, 2008, this Court granted an additional continuance of the Case Management Conference until June 3, 2008.

7.  Counsel for plaintiffs and defendant USAA Insurance Agency, Inc. have met and conferred and have agreed that plaintiffs shall circulate a draft Stipulation to Amend and First Amended Complaint on or before June 3, 2008.

//

//

//

//

//

JOINT CASE MANAGEMENT STATEMENT
C07-05691 PVT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: May 28, 2008          PUBLIC INTEREST LAW FIRM
                             FAIR HOUSING LAW PROJECT


                             _____/s/_____
                             Kim Pederson
                             Attorneys for Plaintiffs

Dated: May 28, 2008          ROPERS, MAJESKI, KOHN AND BENTLEY


                             _____/s/_____
                             Enrique Marinez
                             Attorneys for Defendant USAA INSURANCE AGENCY,
                             INC.

        I, Kim Pederson, am the ECF user whose ID and password are being used to file this

Joint Case Management Statement. I hereby attest that Enrique Marinez has concurred in this

filing.


Dated:  May 28, 2008         PUBLIC INTEREST LAW FIRM
                             FAIR HOUSING LAW PROJECT


                             _____/s/_____
                             Kim Pederson
                             Attorneys for Plaintiffs

JOINT CASE MANAGEMENT STATEMENT
C07-05691 PVT