UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/3/08

Court Reporter: FTR     Clerk: C. Lew

Case No: C 07-05691 PVT     Case Title: Kuyat, et al., v. USAA Insurance Agency

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Kim Pederson<br>Kyra Kazantzis | Enrique Marinez |

## PROCEEDINGS

Pretrial Conferences:  [ ] Initial       [ ] Status       [ ] Discovery
                      [ ] Settlement   [ ] Final
                      [ ] Other        [X] Case Management Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

**DISPOSITION**

[ ] Granted            [ ] Submitted              [ ] Settled

[ ] Denied             [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part               [ ] Off Calendar


[ X ] Continued for Status Conference on 9/9/08 at 2:00 p.m.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff     [ ] Defendant     [ X ] Court     [ ] Court w/opinion