1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION

11

12  BREE KUYAT and MICAH KUYAT,       )          Case No.: C 07-05691 PVT
                                      )
13                    Plaintiffs,     )          **ORDER CONTINUING CASE**
              v.                      )          **MANAGEMENT CONFERENCE**
14                                    )
    USAA INSURANCE AGENCY, INC.       )
15  dba USAA INSURANCE AGENCY,        )
    INC. OF TEXAS,                    )
16                                    )
                      Defendants.     )
17  _____

18

19

20          On June 3, 2008, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull

for a Case Management Conference. Based on the parties' Joint Case Management Statement,
21
and the discussions held at the Case Management Conference,
22
          IT IS HEREBY ORDERED that the Case Management Conference be continued to
23
September 9, 2008 at 2:00 p.m.
24
Dated:  *June 3, 2008*
25
                                        _____
26                                      PATRICIA V. TRUMBULL
                                        United States Magistrate Judge
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28