1  KYRA KAZANTZIS, Bar No. 154612, kyrak@lawfoundation.org
   JAMES ZAHRADKA, Bar No. 196822, jamesz@lawfoundation.org
2  **PUBLIC INTEREST LAW FIRM**
   KIM PEDERSON, Bar No. 234785, kimp@lawfoundation.org
3  **FAIR HOUSING LAW PROJECT**
   *LAW FOUNDATION OF SILICON VALLEY*
4  111 West St. John Street, Suite 315
   San Jose, California 95113
5  Telephone: (408) 280-2401
   Fax: (408) 293-0106
6
   Attorneys for Plaintiffs Bree and Micah Kuyat
7

8
9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                                (San Jose)
12
13  BREE KUYAT and MICAH KUYAT         ) Case No. C07 05691 PVT
         Plaintiffs,                   )
14                                     ) **STIPULATION OF DISMISSAL**
         v.                            ) **WITHOUT PREJUDICE**
15  USAA INSURANCE AGENCY, INC. dba    )
    USAA INSURANCE AGENCY OF TEXAS     )
16                                     )
                                       )
17       Defendant.                    )
                                       )
18

19       NOTICE IS HEREBY GIVEN that plaintiffs BREE and MICAH KUYAT and defendant

20  USAA INSURANCE AGENCY, INC. dba USAA INSURANCE AGENCY OF TEXAS have

21  stipulated that this action shall be dismissed without prejudice.

22       The parties have further stipulated that neither party shall request a cost or fee award in

23
24  this matter.

25  SO STIPULATED.

26  //

27
28
                                        1

Dated: 6-27-08

FAIR HOUSING LAW PROJECT
*LAW FOUNDATION OF SILICON VALLEY*

_____
Kim Pederson
Attorney for Plaintiffs

Dated: June 27, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

_____
Enrique Marinez
Attorney for USAA Insurance Agency, Inc.

2

Case No. C 07-05691
Stipulation of Dismissal Without Prejudice